AO 442 (Rev. 11/11) Arrest Warrant

FTP: 1122 1826

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL-DC AM10:4
RECEIVED JAN 8 '21

| United States of America | ) |
| v. | ) |
| Bradley Francis Rukstales | ) Case: 1:21-MJ-00012 |
| | ) Assigned to: Judge G. Michael Harvey |
| | ) Assigned Date: 1/7/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bradley Francis Rukstales                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104 (e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/07/2021

G. Michael Harvey
2021.01.07 20:08:12 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/08/2021, and the person was arrested on *(date)* 1/11/2021
at *(city and state)* Washington DC

Date: 1/11/2021

Arresting officer's signature

Steven Caldwell   DEO
*Printed name and title*