AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-mj-12-GMH-5 |
| BRADLEY RUKSTALES | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bradley Rukstales

Date: 01/22/2021

*Attorney's signature*

Shawn Sukumar (Bar No. 995116)
*Printed name and bar number*
Price Benowitz LLP
409 7th St NW
Suite 200
Washington, DC 20004
*Address*

Shawn@Pricebenowitz.com
*E-mail address*

(202) 486-7647
*Telephone number*

(202) 664-1331
*FAX number*